THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE L. SMITH, Appellant.

Argued June 9, 1937; decided July 13, 1937.

*Daniel J. O'Mara, District Attorney (Harry L. Rosenthal* of counsel), for respondent.

Judgment affirmed on authority of *People* v. *Gangloff* (272 N. Y. 643). No opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and O'BRIEN, JJ.